CAPITAL TRANSPORTATION COMPANY *v.* MATHEWS.

4-9566                                              242 S. W. 2d 836

Opinion delivered October 22, 1951.

*Bailey & Warren,* for appellant.

*J. R. Booker* and *L. A. Hardin,* for appellee.

GEORGE ROSE SMITH, J. This is a suit for personal injuries sustained by the appellee while attempting to alight from a city bus operated by the appellant in Little Rock. In the court below the appellee obtained a verdict and judgment for $2,000.

Both as to the facts and as to the law the case is in all material respects similar to *Capital Transportation Co.* v. *Alexander, ante,* p. 419, 242 S. W. 2d 843, also decided today. In the case at bar the accident happened in the same manner as that in the other case. The two trials were only a week apart. The attorneys in the earlier case participated in this one, offered the same instructions, and now urge the same grounds for affirmance or reversal. Since this case is completely controlled by the other opin-

ion we see no need for repeating the reasons for our conclusions.

Affirmed.

WARD, J., concurs because the instruction concerning the use of hand supports, which was refused in the *Alexander* case, was given in this case.